UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

---------------------------------------------------------  X

IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

3:09-md-02100-DRH-PMF

MDL No. 2100

**This Document Relates to:**

Judge David R. Herndon

*Meredith Leslie Mach v. Bayer Corp., et al.*
No. 3:11-cv-13184-DRH-PMF

*Adrianne F. Watson v. Bayer Corp., et al.*
No. 3:12-cv-10838-DRH-PMF

*Rachel Amy Weitzman v. Bayer Corp., et al.*
No. 3:12-cv-10841-DRH-PMF

## ORDER VACATING DISMISSAL AND REINSTATING

**HERNDON, Chief Judge:**

On September 11, 2013, the Court granted the Bayer defendants' motion to dismiss, without prejudice, the claims of plaintiffs Adrianne F. Watson and Rachel Amy Weitzman (*Watson*, 3:12-cv-10838 (Doc. 7); *Weitzman*, 3:12-cv-10841 (Doc. 7)). On September 21, 2013, the Court granted the Bayer defendants' motion to dismiss, without prejudice, plaintiff Meredith Leslie Mach's claims for failure to comply with the Plaintiff Fact Sheet (PFS) requirements (3:11-cv-13184 Doc. 7).

All three of the above plaintiffs have since filed motions to vacate the order of dismissal and reinstate the case. In each case, Bayer has responded stating that it is not opposed to the plaintiff's motion.

Accordingly, the Court hereby **VACATES** the orderS dismissing the above referenced cases without prejudice. Further, the Court directs the Clerk of the Court to **REINSTATE** the same.

    **SO ORDERED:**

Digitally signed by David R. Herndon
Date: 2013.03.26 12:10:59 -05'00'

**Chief Judge**                                                Date: March 26, 2013
**United States District Court**